## E. S. Lambert v. H. Janss, et al.

1.  ABSTRACT—*when insufficiency of, ground for affirmance.* Where
the abstract filed on appeal is a mere index of the record, and not in
compliance with the rules of court, an affirmance *pro forma* may be
entered.

2.  APPEAL—*when dismissal of, not subject to review.* Where the
Circuit Court dismissed an appeal from a justice its action will not be
reviewed by the Appellate Court in the absence of preservation by bill
of exceptions of the motion to dismiss, the ruling of the court thereon
and an exception to such ruling.

Action of replevin. Error to the Circuit Court of Macoupin County;
the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court
at the May term, 1904. Affirmed. Opinion filed November 18, 1904.

E. ETTER, for plaintiff in error.

EDWARD H. HENRY, for defendants in error; HOLT &
WILCOXON, of counsel.

MR. PRESIDING JUSTICE BAUME delivered the opinion of
the court.

The abstract in this case is not in compliance with rule
21 of this court. It is a mere index of the record, and we
are unable to determine, from an examination of it, whether
there was error in the action of the court below in dismiss-
ing the appeal of plaintiff in error in that court and order-
ing the writ of retorno. Kellogg Newspaper Co. v. Corn
Belt Nat'l Bldg. & Loan Ass'n, 210 Ill. 419. Furthermore,
there is no bill of exceptions in the record, and the action
of the court in dismissing the appeal upon motion of de-
fendants in error is not preserved for review in this court.
Such motion, together with the ruling of the trial court
granting the same, and the exception of plaintiff in error to
such ruling, does not properly appear in the common-law
record. These matters can only be brought to the atten-
tion of this court by bill of exceptions signed and sealed
by the trial judge. C., R. I. & P. Ry. Co. v. Town of Calu-
met, 151 Ill. 512.

Because the abstract is insufficient, and there is no bill of
exceptions in the record, the judgment is affirmed.

*Affirmed.*